

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00163-CV
### No. 10-18-00164-CV

### IN THE INTEREST OF F.L., A CHILD
### IN THE INTEREST OF F.L., A CHILD

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 16-001641-CV-361
### Trial Court No. 17-002392-CV-361

## ORDER

The Texas Department of Family and Protective Services, appellee in these appeals, filed its brief on July 25, 2018. The brief exceeded the word limit as set by Rule 9.4 of the Texas Rules of Appellate Procedure by almost 4,000 words. At the same time, appellee filed a motion to exceed the word limit in each appeal asserting that it worked diligently to limit its brief to the 15,000 word limit.

Appellee's motion is granted and appellee's brief is permitted to exceed the word limit as set by the rules. *See* TEX. R. APP. P. 9.4(i)(4).

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed August 8, 2018

